IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| AFFIDAVIT IN SUPPORT OF | ) | Criminal No. 4:25-mj-214 |
| APPLICATION FOR CRIMINAL | ) | |
| COMPLAINT | ) | [FILED UNDER SEAL] |
|  | ) | |

I, Luke Eblen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND OFFICER BACKGROUND

1.    I make this affidavit in support of a criminal complaint. It is intended merely to show that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

2.    I am employed as a Senior Police Officer with the Des Moines, Iowa, Police Department and have been so employed since 2015. I am currently assigned as an investigator in the Vice/Narcotics Control Section and have been so assigned since July of 2021. During this time, I have conducted and assisted with multiple narcotics investigations and search warrants. I have completed a twenty-three-week training academy at the Des Moines Police Department's Regional Academy and have received annual in-service training on legal updates and drug trends. I have been a member of the Metro STAR tactical team since November 2020 and have assisted in executing several search warrants for Des Moines Police Department Vice/Narcotics Control Section (DMPD-NCS) and other law enforcement agencies.

3.    While on patrol, I conducted and assisted with hundreds of drug cases within the City of Des Moines. In connection with my duties and responsibilities as a local certified police officer, I have stated in judicial proceedings and prosecutions for

multiple criminal code violations: including drug trafficking and firearms offenses. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of narcotics, as well as illegal firearms activity, in violation of federal and state laws, which have led to arrests, convictions of violators, and seizures of narcotics and firearms and proceeds gained from illegal activity. In the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and other records kept by or related to drug traffickers and illegal firearms activity. I have also conducted multiple investigations involving the sex trafficking of adults and/or minors, some of which resulted in the filing of federal or state charges.

4.    I have also attended the following educational courses/training seminars:

- Reid Interview and Interrogation Techniques (24 hours);

- Physical Surveillance for Counter Narcotic Investigations (40 hours);

- Patrol Rifle School (64 hours);

- Undercover Techniques and Survival for Narcotics Officers (40 hours);

- Basic SWAT Operators Course (40 hours);

- Clandestine Laboratory (40 hours);

- Development, Management, and Control of Drug Informants (24 hours);

- Iowa Narcotics Officers Association Annual Conference (2022-2025) (24 hours annually);

- Human Trafficking Training (8 hours);

- Illicit Massage Parlors (16 hours);

- North American Human Trafficking Conference (24 hours);

- Human Trafficking Interdiction and Operations Training (16 hours).

5.      Based on my training and experience as a police officer, and more specifically as a narcotics investigator, I have the requisite expertise to identify a host of controlled substances to include: cocaine, cocaine base "crack," ecstasy (MDMA), heroin, methamphetamine, marijuana and its derivatives, synthetic cannabinoids, and synthetic cathinones.  I am further familiar with the manner in which individuals will market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances. I am intimately familiar with the modus operandi of those who market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances.

6.      I have personally participated in the investigation Haley Marie MORRISON and Dave SHUMPERT III. I have also spoken with other agents and officers involved in the investigation and reviewed reports. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a

statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

7.    Based on the facts in this affidavit, there is probable cause to believe that MORRISON has committed violations of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 1594(c) (conspiracy to commit sex trafficking) and Title 18, United States Code, Section 1952(a)(3) (Travel Act - facilitate prostitution) (**Target Offenses**).

## YOUR AFFIANT'S KNOWLEDGE OF PROSTITUTION AND SEX TRAFFICKING

8.    Based on my training and experience, and my discussions with other trained law enforcement officers, I am familiar with the manner in which traffickers often conduct illegal business, including sex trafficking, and the methods, language, and terms that are related to those activities.  Specifically, I know that:

   a. Persons who organize, monitor and/or operate commercial sex trafficking of other persons, or an illegitimate escort business/prostitution service are commonly referred to in street slang as pimps.  It is the commercial sex trafficker's job to control, organize, monitor, and provide security for the persons engaging in commercial sex acts.

   b. Commercial sex traffickers often maintain control of their persons engaging in commercial sex acts through physical violence, or threats of physical violence, and often use firearms to threaten persons engaging in commercial sex acts and to intimidate other commercial sex traffickers and customers. Other methods commercial sex traffickers use to maintain control of persons engaging in commercial sex acts include (but are not limited to) debt coercion, in which the person engaging in the commercial sex

4

acts becomes indebted to the pimp or trafficker and the pimp or trafficker requires her or him to engage in commercial sex acts to satisfy the debt; drug coercion, in which the person who is engaging in the commercial sex act is addicted to drugs and the trafficker or pimp controls or affects the person's ability to obtain drugs based on whether and how much the person engages in commercial sex acts to earn the pimp or trafficker money; and dependency coercion, in which the pimp or trafficker acts in a way that causes the person who is engaging in the commercial sex acts to become dependent on the pimp or trafficker for basic necessities, such as housing and food, and, after the dependency is established, the pimp or trafficker threatens, impliedly or explicitly, that the person will lose access to those basic necessities unless he or she engages in commercial sex acts for the pimp or trafficker to earn money.

c.  Commercial sex trafficking remains largely a cash-based business and commercial sex traffickers are known to store or carry significant amounts of cash.  A commercial sex trafficker will commonly receive all of the cash proceeds of the business from those persons engaging in commercial sex acts on his behalf.  The commercial sex trafficker uses the earnings of those engaged in commercial sex acts on his behalf to provide those persons with food, housing, transportation, and clothing.  This clothing usually consists of small, revealing, and tight-fitting items more akin to lingerie.  Often commercial sex traffickers will also provide wigs to help conceal the age or appearance of those engaged in commercial sex acts on his behalf.  The commercial sex trafficker will also possess and provide condoms, sexual lubricants, sexual toys, and other items related to the commission of sexual acts.  In addition, commercial sex traffickers frequently purchase and possess illegal narcotics to provide to those engaging in commercial sex trafficking on their behalf, many of whom may be addicted to illegal narcotics;

d.  Commercial sex traffickers usually prohibit those engaging in commercial sex act on their behalf from possessing enough cash to support themselves independently of the commercial sex trafficker.  For example, the living arrangements of those engaged in commercial sex acts may be temporary or transient and include private homes, apartments, and/or hotel rooms.

e.  Commercial sex traffickers regularly photograph those engaging in commercial sex acts on their behalf in provocative poses or in

various stages of undress, and often use those photographs to advertise persons engaging in commercial sex acts in print media or on-line;

f.  Persons engaging in commercial sex act meet customers for sex through "in calls" or "out calls." The term "in call" refers to a circumstance in which the client travels to the person engaging in commercial sex acts. The term "out call" refers to a situation in which the person engaging in commercial sex acts travels to the customer's location;

g.  When a person engaging in commercial sex acts travels to an "out call," it is standard practice for either the commercial sex trafficker or a driver employed by the commercial sex trafficker to transport the person who is to engage in the commercial sex acts to the call. This allows the commercial sex trafficker to control, monitor, and provide security for the person engaging in commercial sex acts on his behalf. It is also common for the driver or commercial sex trafficker to remain in the area of the call for the duration of the commercial sex act;

h.  The person engaging in commercial sex acts is usually required to turn over the money received in exchange for the sex act to the driver or commercial sex trafficker immediately after the end of the call;

i.  Commercial sex traffickers sometimes designate one or more persons involved in the commercial sex trafficking ring, operation, or enterprise as the "bottom" or "bottom bitch." The "bottom" is the commercial sex trafficker's most trusted person, who may or may not be engaging in commercial sex acts, and who helps operate the sex trafficking business when the commercial sex trafficker is both physically present and not physically present. At times, the bottom will assist by creating and/or posting sex ads online, monitoring the other females in the sex trafficking ring to ensure they are following the commercial sex trafficker's rules, collecting the money from the persons engaging in acts after the calls to provide to the commercial sex trafficker, transporting the persons engaging in acts, and enforcing the commercial sex trafficker's rules through threats, physical violence, and other means.

j.  It is common for individuals involved commercial sex trafficking and commercial sex acts to create and post online prostitution

advertisements through websites such as SkiptheGames and CityxGuide.com. SkiptheGames.eu has users create an account and request a user's email address and phone number. Some online escort websites post and repost advertisements for a fee, usually via credit card or debit card. When an ad is posted, an email can be sent to the registered email account providing notification that the ad was successfully uploaded. An email account can also receive other updates and notifications from the online escort website.

k. It is common for persons engaging in commercial sex acts to book hotel rooms online through various services such as Hotwire.com, Travelocity, or directly with the hotel's website. Such traveling websites and hotels often require registration information, including email addresses. After booking hotel rooms online, it is common for an email to be sent to the registered email address, confirming the reservation. It is also common for hotels to send bills electronically to the email address provided by the user.

l. Individuals engaging in commercial sex acts often travel to the commercial sex calls or dates via car services such as Uber and Lyft. Such car services require users to provide email accounts and credit card information upon registration. After a call or date is completed, such car services often send emails to the registered email account providing the details of the completed trip and its cost.

m. It is common for persons engaging in commercial sex acts to utilize telephonic communications, both cellular, including text messaging and other mobile applications, and hard line, to further their criminal activities by coordinating client appointments, recruitment of other females, and other efforts of coconspirators.

n. Individuals who engage in commercial sex acts utilize cellular telephones to exchange information with customers and/or commercial sex traffickers through text-messaging and instant messaging, in addition to direct telephone conversations. Such communications include setting up commercial sex calls or dates with customers, along with reporting back to the commercial sex trafficker or bottoms about the status of the dates and how much money was earned as a result.

o.  It is known that individuals engaged in prostitution will use other electronic means to communicate with clients and persons engaging in commercial sex acts.  These methods include various social networking sites (i.e. Facebook, Instagram, Snapchat, and Twitter), e-mail services, instant messaging services, and other internet-based sites.  Such communications include setting up commercial sex dates with customers, along with reporting back to the commercial sex trafficker or bottoms about the status of the dates and how much money was earned.  Through my training and experience, commercial sex traffickers and bottoms will often attempt to recruit additional females into prostitution through social networking sites, email services, instant messaging, and other internet-based sites.  Photos are often posted, glamorizing the lifestyle of the commercial sex trafficker and/or of those persons engaged in commercial sex acts on the sex trafficker's behalf.  through the posting of photos of cash, expensive cars and various exotic locations the commercial sex traffickers has traveled tin order to carry out commercial sex trafficking activities.

p.  When individuals are on social networking sites such as Facebook, Instagram, and others, the user is required to provide an email address upon registration.  After providing an email address, updates may be sent to that user's registered email account.  Such updates include notifications regarding friend requests, comments posted by others, and "likes" of various photos or status updates posted.  Thus, email accounts contain information related to what was posted on various social networking sites.

q.  Individuals who engage in commercial sex work utilize other electronic devices such as laptop computers, tablet computers, desktop computers, handheld devices (i.e. smartphone, iPhones, iPods) to further their criminal activities by coordinating client appointments and client data, recruitment of persons for the purpose of engaging in commercial sex act, booking hotels, arranging transportation, and information about and direction for persons engaging in commercial sex acts and co-conspirators.

## PROBABLE CAUSE

<u>March 9, 2024, Law Enforcement Seizure of SHUMPERT's Cellular Phone</u>

9.      Shortly after 2 a.m. on March 9, 2024, a Des Moines Police Department patrol officer conducted a traffic stop of a white 2010 Audi A4 sedan, registered to Madison Crank. The basis of the stop was expired license plate registration and failure to come to a complete stop at a stop sign.

10.     SHUMPERT, who was on federal supervised release for a 2021 conviction Escape from Custody, in violation of Title 18, United States Code, Section 751(a) (SDIA Case No. 4:20-cr-223), was driving the vehicle and Crank was the passenger. During a probable-cause search of the vehicle, officers observed a black Glock 17 9mm handgun bearing serial number NXT842, with a high capacity 31 round extended magazine inserted underneath the driver's seat. During the course of the traffic stop, officers seized a dark purple Apple iPhone with a black case from SHUMPERT's person. SHUMPERT was arrested that night and booked at the Polk County Jail. SHUMPERT is currently housed at Polk County Jail and has been located there since his March 9, 2024, arrest. SHUMPERT was ultimately charged with being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2), pled guilty, and was sentenced to 28 months of imprisonment followed by three years of supervised release SDIA Case No. 4:24-CR-45) and his federal supervised release was revoked (SDIA Case No. 4:20-cr-223).[1]

---

[1] In addition to the two federal convictions discussed above, in 2017, SHUMPERT pleaded guilty to Prohibited Person in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2) (Case Number 4:16-cr-180). SHUMPERT was subsequently sentenced to 42 months of imprisonment.

Search of SHUMPERT's Cellular Phone

*SHUMPERT'S Text Messages with +1515XXX0074* ❤️💍

11.    Pursuant to a federal search warrant (4:25-MJ-189), Your Affiant reviewed the text message thread between SHUMPERT and a contact identified as +1515XXX0074 ❤️💍. An analyst with the Polk County Jail identified this number as being registered in the jail's system to a person with the initials J.P.[2] Based on Your Affiant's review, it appears that SHUMPERT and J.P. were in a dating relationship. In a January 2024 text message exchange, SHUMPERT explains to J.P. that he is a drug dealer and a "pimp":

---

[2] Your Affiant knows the complete phone number and full name for J.P.; the phone number and full name are redacted in this affidavit to protect the privacy of J.P.

| Date + Time (UTC) | From | To | Content |
|---|---|---|---|
| 1/24/2024 11:57:04 PM | J.P. | SHUMPERT | wyd |
| 1/24/2024 11:59:37 PM | +15154010193 | J.P. | Makes these plays we gon have to talk hour the real lane I be in I just don't want you to judge me I don't just sell drugs baby |
| 1/25/2024 12:01:26 AM | J.P. | SHUMPERT | i don't at all think that about you |
| 1/25/2024 12:02:25 AM | J.P. | SHUMPERT | but we can talk |
| 1/25/2024 12:03:43 AM | +15154010193 | J.P. | I be pimpnig |
| 1/25/2024 12:05:35 AM | J.P. | SHUMPERT | pimping? |
| 1/25/2024 12:05:42 AM | J.P. | SHUMPERT | bitches ? |
| 1/25/2024 12:07:08 AM | +15154010193 | J.P. | Yes 🔫 |
| 1/25/2024 12:07:21 AM | +15154010193 | J.P. | That's why I be out late |
| 1/25/2024 12:07:23 AM | J.P. | SHUMPERT | oh |
| 1/25/2024 12:07:32 AM | J.P. | SHUMPERT | when you gon be home ? |
| 1/25/2024 12:07:42 AM | +15154010193 | J.P. | I don't fuck my hoes tho never have it's all business |
| 1/25/2024 12:07:44 AM | J.P. | SHUMPERT | can we just talk in person. |
| 1/25/2024 12:07:51 AM | J.P. | SHUMPERT | cause i'm sad now |
| 1/25/2024 12:08:37 AM | +15154010193 | J.P. | I just wanted you to kno since I'm getting close with you I told you it's a lot that comes with me this just were the money at |
| 1/25/2024 12:08:50 AM | J.P. | SHUMPERT | can we just talk when you come home ? |
| 1/25/2024 12:08:54 AM | J.P. | SHUMPERT | are you coming home ? |
| 1/25/2024 12:10:26 AM | +15154010193 | J.P. | Yes and I'm making a run rn |
| 1/25/2024 12:10:38 AM | J.P. | SHUMPERT | jus lmk when you on the way |
| 1/25/2024 12:10:56 AM | +15154010193 | J.P. | Ok |
| 1/25/2024 12:11:11 AM | +15154010193 | J.P. | Don't let this run you away from me |
| 1/25/2024 12:11:14 AM | J.P. | SHUMPERT | 😕 |
| 1/25/2024 12:11:19 AM | J.P. | SHUMPERT | i know |
| 1/25/2024 12:11:57 AM | +15154010193 | J.P. | I just been doin this since I was a kid and this all I no I'll never bring it around you this shit always ruin my relationships but how else ima get some money |
| 1/25/2024 12:12:36 AM | +15154010193 | J.P. | Ink don't even kno bout this shit cause I don't tell no one cause people judge me for it but if a bitch wanna put money in my pocket ima let em |
| 1/25/2024 12:14:46 AM | J.P. | SHUMPERT | we will talk later |
| 1/25/2024 12:15:03 AM | +15154010193 | J.P. | Ok |
| 1/25/2024 12:15:07 AM | J.P. | SHUMPERT | what took you so long to tell me |
| 1/25/2024 12:16:36 AM | +15154010193 | J.P. | Cause I don't want you to judge me it's hard to tell someone this shit it ran to many people away cause they think I'm trying do it to them |

12.　　In a March 5, 2024, text message exchange, SHUMPERT explains his sex trafficking activities to J.P.:

| Date + Time (UTC) | From | To | Content |
|---|---|---|---|
| 3/5/2024 12:59:58 AM | SHUMPERT | J.P. | Waiting for mf get done with this call rn then on to the next this bitch getting it rn |
| 3/5/2024 1:00:29 AM | J.P. | SHUMPERT (owner) | damn okay |
| 3/5/2024 1:00:47 AM | SHUMPERT | J.P. | Why what's up baby |
| 3/5/2024 1:29:18 AM | J.P. | SHUMPERT (owner) | just miss you |
| 3/5/2024 1:29:32 AM | SHUMPERT | J.P. | Dam I was bout text you I miss you |
| 3/5/2024 1:35:25 AM | J.P. | SHUMPERT (owner) | like a lot |
| 3/5/2024 1:36:12 AM | SHUMPERT | J.P. | I miss you baby |
| 3/5/2024 1:36:25 AM | J.P. | SHUMPERT (owner) | will i see you tonight ? |
| 3/5/2024 1:36:35 AM | SHUMPERT | J.P. | Yes |
| | | | |
| 3/5/2024 2:37:14 AM | SHUMPERT | J.P. | Wyd wya |
| 3/5/2024 2:37:23 AM | J.P. | SHUMPERT (owner) | mia's |
| 3/5/2024 2:37:24 AM | J.P. | SHUMPERT (owner) | wya |
| 3/5/2024 2:37:25 AM | J.P. | SHUMPERT (owner) | wyd |
| 3/5/2024 2:37:43 AM | SHUMPERT | J.P. | Bout run em to a out call |
| 3/5/2024 2:37:51 AM | J.P. | SHUMPERT (owner) | ohhh |
| 3/5/2024 2:39:04 AM | J.P. | SHUMPERT (owner) | can we please pick the boys up in the |
| 3/5/2024 2:39:18 AM | SHUMPERT | J.P. | Yes |
| 3/5/2024 2:40:09 AM | J.P. | SHUMPERT (owner) | okay |
| 3/5/2024 3:10:10 AM | J.P. | SHUMPERT (owner) | ynur with that perc girl |
| 3/5/2024 3:10:41 AM | J.P. | SHUMPERT (owner) | ? |
| 3/5/2024 3:10:55 AM | J.P. | SHUMPERT (owner) | what time you coming home baby ? 😊 |
| 3/5/2024 3:11:42 AM | SHUMPERT | J.P. | Yea and idk |
| 3/5/2024 3:11:48 AM | J.P. | SHUMPERT (owner) | alright |
| 3/5/2024 3:11:52 AM | J.P. | SHUMPERT (owner) | love u |
| 3/5/2024 3:12:08 AM | J.P. | SHUMPERT (owner) | why you act like that |
| 3/5/2024 3:12:47 AM | SHUMPERT | J.P. | Like what I'm just making moves baby |
| 3/5/2024 3:14:12 AM | J.P. | SHUMPERT (owner) | ok |
| 3/5/2024 3:16:51 AM | J.P. | SHUMPERT (owner) | i just want you |
| 3/5/2024 3:16:58 AM | J.P. | SHUMPERT (owner) | it's jus yall 3? |
| 3/5/2024 3:17:29 AM | SHUMPERT | J.P. | And Haley driving she running one phone and I'm running one but all the money going to me |
| | | | |
| 3/5/2024 6:47:31 PM | J.P. | SHUMPERT (owner) | wyd |
| 3/5/2024 6:47:46 PM | SHUMPERT | J.P. | Running out here to Haley to get this money and then drop them off to a room |
| 3/5/2024 6:47:55 PM | J.P. | SHUMPERT (owner) | oh ok |

13.    SHUMPERT describes to J.P. that he is waiting for one "call" to finish and then he is taking the "bitch" to the next call, and that "this bitch is getting it rn". Based on Your Affiant's training and experience, the word "call" refers to a meeting between a customer and a commercial sex worker wherein the customer pays the commercial sex worker to engage in a sex act. SHUMPERT tells J.P. that "Haley driving she running one phone and I'm running one but all the money coming to me". Based on Your Affiant's training and experience, SHUMPERT is operating one phone to answer customers seeking to engage in commercial sex with the "bitch" that SHUMPERT is driving; "Haley" is operating another phone to schedule commercial sex dates for a different victim and also driving the victims to their commercial sex appointments; and all of the money earned by the victims is going to SHUMPERT. Later, SHUMPERT tells J.P. he is "Running out here to Haley to get this money and then drop them off to a room". Based on Your Affiant's training and experience, SHUMPERT is going to retrieve from "Haley" the money earned by the victim she was handling, and SHUMPERT is going to drop the victims off at a hotel room. For the reasons set forth below, Your Affiant knows that when SHUMPERT writes "Haley", he is referring to MORRISON.

*SHUMPERT'S Text Messages with MORRISON*

14.    The number of text messages exchanged between SHUMPERT and MORRISON between March 1, 2024, and March 9, 2024, demonstrate they are in contact with each other on a near constant basis. In that time frame, SHUMPERT and MORRISON exchange approximately 3,349 text messages. The text messages

demonstrate that SHUMPERT and MORRISON are working together to use force, fraud, and/or coercion to cause at least three adult victims—Victim 1, Victim 2, and Victim 3—to engage in commercial sex acts.

15.    On March 1, 2024, MORRISON texts SHUMPERT that Victim 1 made $1,000 in four hours. MORRISON tells SHUMPERT not to tell Victim 1 and SHUMPERT says, "don't give her shit tell she give you 10bands". Based on my training and experience, Your Affiant knows that "band" means $1,000. MORRISON tells SHUMPERT, "Bro better ask e I got this shit under control." MORRISON then tells SHUMPERT she is going to book Victim 1 a room because she has a lot of in calls. SHUMPERT tells MORRISON that she is supposed to be a female version of him. Based on my training and experience and this investigation, Your Affiant knows that SHUMPERT is telling MORRISON she is supposed to a pimp like him. After MORRISON tells SHUMPERT that she is going to get Victim 1 a room, the following exchange occurs:

| 3/1/2024 3:38:17 PM(UTC+0) | SHUMPERT | MORRISON | Yea do that and that lil pussy gon hurt 😩 |
| 3/1/2024 3:38:21 PM(UTC+0) | MORRISON | SHUMPERT (owner) | 😩😩😩 |
| 3/1/2024 3:38:31 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Not my problem I'm just controlling the phone |
| 3/1/2024 3:38:38 PM(UTC+0) | MORRISON | SHUMPERT (owner) | N money |
| 3/1/2024 3:38:39 PM(UTC+0) | SHUMPERT | MORRISON | Bird feed her don't give her everything |
| 3/1/2024 3:38:48 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Duh |

16.    Based on my training and experience, Your Affiant believes SHUMPERT's instruction to MORRISON to "bird feed her don't give her everything" and MORRISON's response "Duh" means that SHUMPERT is telling MORRISON to control Victim 1 by "bird feed[ing] her", and MORRISON is stating that she already knows that.

17.    The exchange continues:

| Time | From | To | Message |
|------|------|-----|---------|
| 3/1/2024 3:39:06 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Wuo tho lil folks I need a scale |
| 3/1/2024 3:39:07 PM(UTC+0) | SHUMPERT | MORRISON | Wnt me bring another hoe to sell that thing |
| 3/1/2024 3:39:16 PM(UTC+0) | SHUMPERT | MORRISON | I got one |
| 3/1/2024 3:39:20 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Naw lemme train this one first |
| 3/1/2024 3:39:36 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Keep ur lil hoe to urself for the time being |
| 3/1/2024 3:39:41 PM(UTC+0) | SHUMPERT | MORRISON | Ight that's coo |
| 3/1/2024 3:39:47 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Bitch |
| 3/1/2024 3:39:54 PM(UTC+0) | MORRISON | SHUMPERT (owner) | I don't like u |
| 3/1/2024 3:40:07 PM(UTC+0) | SHUMPERT | MORRISON | Shit we can take Leon bitch and she gon get to it to on Devin |
| 3/1/2024 3:40:32 PM(UTC+0) | MORRISON | SHUMPERT (owner) | It's plenty to go around we ain't gotta take shit |
| 3/1/2024 3:40:38 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Let them keep em |

18.    Based on my training and experience, when SHUMPERT offers to bring

MORRISON "another hoe to sell that thing" and MORRISON responds, "Naw lemme

train this one first", Your Affiant believes MORRISON is telling SHUMPERT she is

going to "train" the victim she currently has to engage in commercial sex acts.

19.    Based on my investigation, Your Affiant knows that "Leon" as stated in the paragraph 16 refers to Leon Arthur Keith Phillips. In February 2025, Phillips pleaded guilty to sex trafficking by force, fraud, and coercion in May and June 2024 and is currently pending sentencing (4:24-CR-109). Phillips was arrested on that charge in August of 2024 and has since been detained. Based on my training and experience, SHUMPERT suggests to MORRISON that they take the victim who is working for PHILLIPS and have her work for them. MORRISON response indicates that she does not thing it is necessary to take the victim who is working for PHILLIPS because there are plenty of victims who work for them.

20.    On March 2, 2024, SHUMPERT texts MORRISON, "Wyd", which Your Affiant knows means, "What are you doing?" MORRISON responds, "Pimpin".

21.    On March 3, 2024, MORRISON texts SHUMPERT about setting up commercial sex appointments for Victim 2:

| Time | From | To | Message |
|---|---|---|---|
| 3/3/2024 5:27:44 PM(UTC+0) | MORRISON | SHUMPERT (owner) | I might of just got oh girl ad together she got some calls I'm talkin to her now but do u know how they was moving with the tricks ? Like was it good business bad business cus this one dude being weird as if they ran off on him before or some |
| 3/3/2024 5:35:48 PM(UTC+0) | SHUMPERT | MORRISON | Idk what they was doin me and dee steel had to do that to a nigga |
| 3/3/2024 5:36:12 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Smh well i got her some motion |
| 3/3/2024 5:36:30 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Ima get with her here n a lil bit |
| 3/3/2024 5:38:29 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Her shit lowkey bussin rn but I'm at work |
| 3/3/2024 5:40:30 PM(UTC+0) | SHUMPERT | MORRISON | I'll go take her were they at |
| 3/3/2024 5:41:03 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Hold on don't do nothing yet she need to get cleaned up tho she got a $300 play later tonight if they come through |
| 3/3/2024 5:41:15 PM(UTC+0) | SHUMPERT | MORRISON | Loved "Hold on don't do nothing yet she need to get clean…" |
| 3/3/2024 5:41:31 PM(UTC+0) | SHUMPERT | MORRISON | She ain't make nun last night |
| 3/3/2024 5:41:40 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Im getting them all set up rn then ima jus leave work n go buss em naw I dropped her off |
| 3/3/2024 5:41:59 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Her ad didn't jus start doing some tell rn but that's because I had to go post different pics |
| 3/3/2024 5:42:00 PM(UTC+0) | SHUMPERT | MORRISON | Oh Ight I miss you |
| 3/3/2024 5:42:04 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Now she got a lil motion |

22.    Based on my training and experience, I know that: "calls" and "plays" refers to appointments for commercial sex; "ad" refers to an internet advertisement

18

for commercial sex; "motion" refers to customer inquiries in response to an ad requesting to set up a commercial sex appointment.

23.    On March 4, 2024, SHUMPERT asks MORRISON how much money she has for him from MORRISON trafficking the victim:

| 3/4/2024 4:50:42 AM(UTC+0) | SHUMPERT | MORRISON | So how much you got for me she goin to the 300$ at the house now and wtf 50$ for a cream pie |
| 3/4/2024 4:51:25 AM(UTC+0) | MORRISON | SHUMPERT (owner) | Lemme see I jus hit the 11 oclock dude and asked him was he ready |
| 3/4/2024 4:51:27 AM(UTC+0) | SHUMPERT | MORRISON | I'm bout spazz on this bitch you sure she not tucking no money |
| 3/4/2024 4:51:32 AM(UTC+0) | MORRISON | SHUMPERT (owner) | Yea man she not |
| 3/4/2024 4:51:35 AM(UTC+0) | MORRISON | SHUMPERT (owner) | Leave her be |
| 3/4/2024 4:51:41 AM(UTC+0) | MORRISON | SHUMPERT (owner) | I got this I'm the one setting the calls |
| 3/4/2024 4:51:46 AM(UTC+0) | MORRISON | SHUMPERT (owner) | N the price |

24.    Based on my training and experience, Your Affiant knows that, when MORRISON writes to SHUMPERT to "Leave her be" and "I got this I'm the one setting the calls" "N the price", she is telling SHUMPERT to back off because she is setting up the commercial dates for the victim and price the customer will pay to engage in sex acts with the victim.

25.    On March 4, 2024, MORRISON texts SHUMPERT that she has set up a commercial sex appointment for a victim at 1800 Hickman Road for $150 and that

she has also sent a customer to her house to meet a victim as well:

| | | | |
|---|---|---|---|
| 3/4/2024 4:52:31 PM(UTC+0) | MORRISON | SHUMPERT (owner) | 1800 Hickman rd$150 don't go yet tho lemme see where the move is at my house cus I just sent one there |
| 3/4/2024 4:52:59 PM(UTC+0) | SHUMPERT | MORRISON | Okay lmk I'm getting up now |
| 3/4/2024 4:53:19 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Ight |
| 3/4/2024 4:56:30 PM(UTC+0) | SHUMPERT | MORRISON | I don't think we should bring that other bitch in she might be a renegade frfr but shit we can see what's up |
| 3/4/2024 4:56:57 PM(UTC+0) | MORRISON | SHUMPERT (owner) | I ain't she ain't got no where to go I can manage [Victim 2] but I don't know the other girl |
| 3/4/2024 4:57:25 PM(UTC+0) | MORRISON | SHUMPERT (owner) | Stop fuckin all them too funny asl 😂 ain't that the girl from the bar the other night |
| 3/4/2024 4:57:42 PM(UTC+0) | SHUMPERT | MORRISON | I mean we can try her out today and no I never fucked her |
| 3/4/2024 4:58:00 PM(UTC+0) | MORRISON | SHUMPERT (owner) | These bitches is coo tho they homeless willin to do whatever im bout to go turn my 3rd room into some and I was gonna do a test run on her but u gottta drive why I do the phone or some |
| 3/4/2024 4:58:28 PM(UTC+0) | MORRISON | SHUMPERT (owner) | I gotta call for 500 it's my regular on [Victim 1] but she playing so ima drive hailey to Iowa falls today I think |

26.    Based on my training and experience, Your Affiant knows the term "renegade" refers to a commercial sex worker who is untrustworthy and disloyal to the trafficker or pimp. Through his statements, SHUMPERT is expressing his hesitancy to start trafficking a new victim, who he refers to as "that other bitch". MORRISON reassures him that she will be able to control the victims and cause them to engage in commercial sex acts, stating "they are homeless willin to do whatever".

Based on my training and experience, MORRISON's statement indicates she and SHUMPERT viewed the victims' homelessness as a vulnerability they could exploit to coerce the victims to engage in commercial sex acts.

27.    Based on my training and experience, Your Affiant believes that when MORRISON refers to her "3rd room into some", she was telling SHUMPERT that she was going to convert a bedroom in her apartment to a location where the victims would engage in commercial sex acts with customers.

<u>SHUMPERT and MORRISON Jail Communications</u>

28.    Since    SHUMPERT's March 9, 2024, arrest, SHUMPERT and MORRISON have been in near constant contact via text, call, and video visit. A review of text messaging between SHUMPERT and MORRISON indicate that MORRISON continued to conspire to sex traffic victims after SHUMPERT was detained. An example is the May 2, 2024, text exchange below:

| 5/2/2024 15:17 | Haley Morrison | DAVE SHUMPERT | Bout to go home and move out other then that tryna get shit done so I can leave this mf im tired |
| 5/2/2024 15:18 | DAVE SHUMPERT | Haley Morrison | Move out the house ???were you going ???and what's wrong baby |
| | | | Yup these bitches wanna sleep all day and be broke im done taking care of shit on my baby today they bout to see im exhausted bro mfs could have so much pape if these bitches would get up n stop being half ass or just lazy in general so ima go to where the bigger bag is |
| 5/2/2024 15:20 | Haley Morrison | DAVE SHUMPERT | ima help them out let these bitches figure it out idc Nomore fuck em I been telling you leave this one bitvh she bringing [Victim 1] down she making jen think its okay and you going to make sure they good nah tell [Victim 3] she need to go tf no questions asked get on somewhere she don't wanna gt no money send that bitvh on her way then [Victim 1] going to step back up real shit but don't give up jus |
| 5/2/2024 15:24 | DAVE SHUMPERT | Haley Morrison | yet kick her to the curb then yea you no whs up |
| | | | Man I jus feel like I keep being took advantage of at this point im suppose to make sure they straight in their minds I guess idk but they takin more then bringing and [Victim 1] need to handle her |
| 5/2/2024 15:30 | Haley Morrison | DAVE SHUMPERT | business she been doing this shit to me to long too I'm ready to knock their heads together fr shits draining but ya ima handle it today |
| | | | I told you what to do baby .I feel th y taking advantage to they are really you can't let them keep coin it you being way to nice to they ass |
| 5/2/2024 15:34 | DAVE SHUMPERT | Haley Morrison | frfr that shit ain't coo or just grab some shit say you moving out and get a room or sum stay at your moms for a week or sum |
| | | | Mfs know if they don't pull they weight I cover it that shit stop today then [Victim 1] jus been lying n shit I'm coo I been had my fun as a kid I don't drink for fun I do that shit to heal my pain for the moment all that bitch wanna do is turn up I know why they want me drunk |
| 5/2/2024 15:37 | Haley Morrison | DAVE SHUMPERT | now and I'm done letting these bitches slide but it's coo ima figure it out |
| | | | Jus listing to me sometimes baby I been said that shit and you no it I hope you really stand on it this time cause I want you to win just like I want me to win you feel me but I love you I'm bout cxll when we |
| 5/2/2024 15:39 | DAVE SHUMPERT | Haley Morrison | come out |

29.     As stated above, MORRISON and SHUMPERT were aware that the victims were homeless and viewed that as a vulnerability they could exploit to coerce the victims to engage in commercial sex acts. Based on my training and experience, I believe that SHUMERT is advising MORRISON to kick out, or threaten to kick out, one of the victims as a tactic to coerce the victims to engage in commercial sex acts.

<u>SHUMPERT'S Jail Account</u>

30.     A review of SHUMPERT's jail commissary account shows that, between March 9, 2024, to January 10, 2025, MORRISON and Victim 1 together deposited a total of approximately $31,115 on SHUMPERT's jail account, all of the deposits in quantities of $300 less.

## Skip the Games Information

31.    During the investigation, Your Affiant located commercial sex ads on Skip the Games for Victims 1, 2, and 3 posted between March 2024 and April 2025. As stated above, Skip the Games is a website commonly used by traffickers and pimps to post commercial sex ads for victims. Your Affiant contacted Skip the Games for information about the ads. Skip the Games responded that: an account registered to the email address haleymarie***@gmail.com[3] posted the ads for Victims 1, 2, and 3; the account had been created in June 2023; and between July 11, 2023 and April 2, 2025, the account had posted approximately 2,566 ads. As part of creating an account with Skip the Games, users are required to submit a selfie-style photograph displaying a form of  photo identification. Based on Your Affiant's review, the verification photograph for the account registered haleymarie***@gmail.com depicts MORRISON holding an Iowa driver's license for "Haley Marie Morrison" with a photograph of MORRISON.

---

[3] The asterisks in the email address refer to three numerical digits known to Your Affiant but omitted in this affidavit for privacy, should it be unsealed.

## CONCLUSION

32.    Based on the facts contained in this affidavit, there is probable cause to believe that MORRISON has committed violations of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 1594(c) (conspiracy to commit sex trafficking) and Title 18, United States Code, Section 1952(a)(3) (Travel Act - facilitate prostitution) (**Target Offenses**).

33.    I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

Luke Eblen, Investigator
Des Moines Police Department

Subscribed and sworn to before me on this 14th day of April, 2025.

Helen C. Adams
United States Magistrate Judge

24